RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Dominique Owens*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DOMINIQUE OWENS,<br>Defendant. | CASE NO:  2:21-cr-00168-JAD-EJY-4<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(First Request)<br><br>ECF No. 190 |

IT IS HEREBY STIPULATED AND AGREED by DOMINIQUE OWENS, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through JOSHUA BRISTER, ESQ., Assistant United States Attorney, that the sentencing hearing scheduled for February 26, 2024, be continued for a period of two weeks, to a date and time convenient to this Honorable Court.

The request for a continuance is based upon the following:

1.    Mr. Owens has raised sentencing related questions to Defense Counsel that required additional research. Defense Counsel requests additional time to meet with Mr. Owens prior to the sentencing hearing to answer all of his questions and to ensure his understanding of the proceedings before moving forward with the sentencing hearing.

2.    The Government has no objection to the continuance.

3.    Mr. Owens is in custody, and he does not object to the continuance.

1

4.      The additional time requested herein is not sought for purposes of delay.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: February 15, 2024

Respectfully submitted,

*/s/ Rachael E. Stewart*          
Rachael E. Stewart, Esq.
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
*Counsel for Dominique Owens*

*/s/ Joshua Brister*          
Joshua Brister, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
*Counsel for the United States of America*

RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Dominique Owens*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO:  2:21-cr-00168-JAD-EJY-4 |
| Plaintiff, | |
| vs. | **ORDER** |
| | (First Request) |
| DOMINIQUE OWENS, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1.   Mr. Owens has raised sentencing related questions to Defense Counsel that required additional research. Defense Counsel requests additional time to meet with Mr. Owens prior to the sentencing hearing to answer all of his questions and to ensure his understanding of the proceedings before moving forward with the sentencing hearing.

2.   The Government has no objection to the continuance.

3.   Mr. Owens is in custody, and he does not object to the continuance.

4.   The additional time requested herein is not sought for purposes of delay.

5.   Additionally, denial of this request for continuance could result in a miscarriage of justice.

3

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to prepare for the sentencing hearing effectively and thoroughly, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for February 26, 2024, at the hour of 11:00 a.m. be vacated and continued to March 18, 2024, at 3:00 p.m.

DATED AND DONE this 21st day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE