# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff<br><br>v.<br><br>Dominque Owens,<br><br>　　　　Defendant | Case No.: 2:21-cr-00168-JAD-EJY-4<br><br>**Order Denying Pro Se Motion Filed by Represented Defendant**<br><br>ECF No. 192 |

　　　　Dominque Owens, a criminal defendant represented by counsel, has filed a pro se motion for new counsel. Owens cannot file motions on his own behalf at this time because he is represented by counsel. As Local Rule 11-6(a) explains, "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."

　　　　IT IS THEREFORE ORDERED that the Clerk of Court is directed to STRIKE Owens's pro se motion [ECF No. 192] from the docket. Defense counsel is directed to provide a copy of this order to Owens. If Owens believes that relief is necessary, he must ask his attorney to file a motion on his behalf.

　　　　DATED: February 21, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE