RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Dominique Owens*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-cr-00168-JAD-EJY-4 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| DOMINIQUE OWENS, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by DOMINIQUE OWENS, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through JOSHUA BRISTER, ESQ., Assistant United States Attorney, that the sentencing hearing scheduled for March 18, 2024, be continued for a period of thirty (30) days, to a date and time convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Mr. Owens is working on negotiations in a Nevada state court case that need to be handled simultaneously with the instant case. Mr. Owens is facing a significant amount of time in this case, and he requests a continuance to address his issues and make the proper arrangements in the state court case before proceeding with sentencing in this case and being transported to the Bureau of Prisons.

2. The Government has no objection to the continuance.

1

3. Mr. Owens is in custody, and he does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: March 14, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Rachael E. Stewart* | */s/ Joshua Brister* |
| Rachael E. Stewart, Esq. | Joshua Brister, Esq. |
| 400 S. 4th Street, Suite 500 | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | 501 Las Vegas Boulevard, Suite 1100 |
| *Counsel for Dominique Owens* | Las Vegas, Nevada 89101 |
| | *Counsel for the United States of America* |

RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Dominique Owens*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> vs. <br><br> DOMINIQUE OWENS, <br>     Defendant. | CASE NO:  2:21-cr-00168-JAD-EJY-4 <br><br> **ORDER** <br><br> (Second Request) |

**<u>FINDINGS OF FACT</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Mr. Owens is working on negotiations in a Nevada state court case that need to be handled simultaneously with the instant case. Mr. Owens is facing a significant amount of time in this case, and he requests a continuance to address his issues and make the proper arrangements in the state court case before proceeding with sentencing in this case and being transported to the Bureau of Prisons.

2. The Government has no objection to the continuance.

3. Mr. Owens is in custody, and he does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

3

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to prepare for the sentencing hearing effectively and thoroughly, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 18, 2024, at the hour of 3:00 p.m. be vacated and continued to April 22, 2024, at 2:00 p.m.

DATED: March 14, 2024.

_____
UNITED STATES DISTRICT JUDGE