RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Dominique Owens*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> vs. <br><br> DOMINIQUE OWENS, <br>     Defendant. | CASE NO: 2:21-cr-00168-JAD-EJY-4 <br><br> **ORDER** <br><br> (Third Request) |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Mr. Owens is continuing to work on negotiations in a Nevada state court case that need to be handled simultaneously with the instant case. Mr. Owens requests this continuance to finalize the arrangements in the state court case before proceeding with sentencing in this case and being transported to the Bureau of Prisons.

2. The Government has no objection to the continuance.

3. Mr. Owens is in custody, and he does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to prepare for the sentencing hearing effectively and thoroughly, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for April 22, 2024, at the hour of 2:00 p.m., be vacated and continued to the 7th day of May, 2024, at the hour of 2:00 p.m.

DATED AND DONE this 19th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE