# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00168-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| DOMINIQUE OWENS, | |
| Defendant. | |

Pending before the Court is Defendant's Motion seeking a copy of his judgment and docket sheet. ECF No. 264. On October 9, 2024, Defendant filed a similar motion that was denied by the Court on October 10, 2024. ECF Nos. 247, 248. The Court denied Defendant's prior request because he had not filed a notice of appeal; hence, no appeal was pending. This remains true as of the date of this Order. Defendant also still has not demonstrated a habeas petition was filed. ECF No. 248. Well settled case law establishes the Court need not incur the costs of copying documents when neither an appeal nor habeas is pending. *Morgan v. Doran*, Case No. CV 1:02-cv-6316 AWI DLB P, 2007 WL 1080580, at *2 (E.D. Cal. April 4, 2007) (denying request for preparation of transcripts at government's expense where motion failed to explain why certain transcripts "are necessary to resolve the issues he desires to raise on appeal."); *United States v. MacCollum*, 426 U.S. 317 (1976). For this same reason, the Court has no duty to bear the burden of copying a docket sheet or judgment for a *pro se* prisoner defendant. *Blair v. CDCR*, Case No. 1:14-cv-01156-LJO-SAB (PC), 2018 WL 1959532, at *6 n.2 (E.D. Cal. Apr. 25, 2018). Defendant may contact the Clerk of Court by mail at 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101 and request such copies so long as he is able to pay the costs established by statute at 28 U.S.C. § 1914(b) and the Judicial Conference Schedule of Fees, subsection 4(a): For reproducing any record and providing a copy in paper form, $.50 per page.

1    Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Judgment of
2  Conviction and Docket Sheet (ECF No. 264) is DENIED.
3    Dated this 19th day of February, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE