# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Dominque Owens,

    Defendant

Case No.: 2:21-cr-00168-JAD-EJY-4

**Order Denying Motion to Reduce Sentence**

[ECF No. 266]

    Dominque Owens pled guilty to three counts of bank burglary and one count of interstate transportation of stolen property, and I sentenced him to 51 months in custody followed by 3 years of supervised release.[1]  Owens now moves for a reduction in his sentence under 18 U.S.C. § 3582(c)(2), which was recently amended to authorize courts to reduce a defendant's term of imprisonment if "extraordinary and compelling reasons" warrant a reduction, known as Amendment 821.[2]  Because I find that Owens's argument for relief is not covered by Amendment 821, I deny his motion.

    The Sentencing Commission submitted criminal-history amendments to Congress in May 2023, they took effect in November 2023, and courts have been applying them retroactively since February 2024.[3]  Owens argues that he is entitled to a sentence reduction under this change in the law because the 2-level sentence enhancement he received for using "a special skill, in a manner that significantly facilitated the commission or concealment of the offense" does not

---

[1] ECF No. 241.

[2] 18 U.S.C. § 3582(c)(1)(A)(i).

[3] Sent'g Guidelines for U.S. Courts, 88 Fed. Reg. 60534, 60534 (Sept. 1, 2023).

apply to him and should be removed.[4]  But as his appointed counsel acknowledges in a subsequent filing, this argument for relief is not covered by Amendment 821.[5]  And, according to his appointed counsel, Owens is also ineligible for a sentence reduction under Parts A and B of Amendment 821 because he did not receive any "status" points and was not a zero-point offender at the time of sentencing.[6]  So his motion necessarily fails, and I deny it.

Because Dominque Owens's argument for a sentence reduction is not covered by Amendment 821, IT IS ORDERED that his motion for a sentence reduction under Amendment 821 **[ECF No. 266] is DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
April 10, 2025

---

[4] ECF No. 266 at 2; ECF No. 266-1; U.S.S.G. § 3B1.3 (cleaned up).

[5] ECF No. 269 at 2 n.1.

[6] *Id.* at 1.